IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>BALTAZAR QUINTERO-RODRIGUEZ, BRIJIDO BELTRAN-RODELO, also known as Toledo; ALEJANDRO VALDIVIA-ORTIZ, JOHN F. HALLERIII, RALYNN CHRISTINE FRANCISCO, LEONIDES CARRENO, ANA KARLA RODRIGUEZ-TORREZ, FIDEL GIOVANNI AVILA-MONZON, MATIAN ALFONSO CEBALLOS-AGUIRRE, JESUS FRANCISCO MONZON-MORENO, JUAN VEGA-DIAZ, MARCOS MONZON-RIVAS, and DORA MARIA ORTIZ-TORRES,<br><br>    Defendants. | **8:17CR286**<br><br>**ORDER** |

  This matter is before the Court on the government's Sealed Motion for Complex Case Designation Pursuant to the Speedy Trial Act (Filing No. 104). The Court finds that the ends of justice served by granting the government's motion outweigh the interests of the public and the defendant in a speedy trial. Therefore, the government's request for an extension of time to produce Rule 16 discovery as to all arraigned defendants in this matter shall be granted, and the defendants will be given coordinating pretrial motion deadlines.

  The government shall provide Rule 16 discovery to all arraigned defendants in this matter on or before November 2, 2017. The arraigned defendants shall file pretrial motions on or before November 15, 2017. Accordingly,

  **IT IS ORDERED:**

  1. The government's Sealed Motion for Complex Case Designation Pursuant to the Speedy Trial Act (Filing No. 104) is granted.

  2. The government shall provide Rule 16 discovery on or before November 2, 2017.

  3. The defendants shall file pretrial motions on or before November 15, 2017.

2

4. The additional time arising as a result of the granting of the motion, i.e., the time between today's date and November 15, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that the government requires additional time to adequately prepare the case and provide discovery materials, taking into consideration the number of defendants, due diligence of counsel, and the novelty and complexity of this case. It is unreasonable to otherwise expect the parties to be adequately prepared for pretrial proceedings or trial and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B)(ii).

Dated this 1st day of November, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge